## CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW
Crimdefend@aol.com

16 Court Street                                  Tel: (718) 855-4800
Suite 1800                                       Fax: (718)855-4877
Brooklyn, NY 11241

January 20,2020

Hon. A. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: US v Markus
       18-32

Your Honor,
         I am writing with regard to my voucher in the above matter

         I am seeking permission from the Court to file this voucher past the date for which it
should have been submitted.

         Due to significant issues in my personal life, the loss of my son, a serious heart problem
which I developed and the care of my wife along with the loss of my support staff I have failed to
file the voucher in the above matter in a timely manner although you are well aware of the
significant time and effort I put into the trial of this matter.

         If the court approves this application the  voucher will be submitted within the next two
weeks.

         Respectfully,

         charles s hochbaum

         CHARLES S. HOCHBAUM